FRANCESCO VOLPICELLA, Appellant, v. DOROTHY VOLPICELLA, Respondent.— Motion for stay granted to the extent of staying respondent from drawing any of the money on deposit save $200, upon condition that appellant perfect the appeal for Monday, January 4, 1932 (for which day the case is set down) and

be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.